UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 05-0515M-01 (CR) |
| | : | MAGISTRATE NO. 05-0515M-02 (CR) |
| **ALFREDO MEDINA,** | : | MAGISTRATE NO. 05-0515M-03 (CR) |
| **also known as Jose Alfred Soto,** | : | |
| **ADALBERTO MEJIA FLORES,** | : | VIOLATIONS: 21 U.S.C. §841(a)(1) |
| **MICHAEL BLANDEN LUNA,** | : | and §841(b)(1)(B)(ii) |
| **Defendants.** | : | (Unlawful Possession with Intent to Distribute |
| | : | 500 Grams or More of Cocaine); |
| | : | 18 U.S.C. §924(c)(1) |
| | : | (Using, Carrying and Possessing a Firearm |
| | : | During a Drug Trafficking Offense); |
| | : | 18 U.S.C. §2 |
| | : | (Aiding and Abetting) |

## I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about September 27, 2005, within the District of Columbia, **ALFREDO MEDINA, also known as Jose Alfred Soto, ADALBERTO MEJIA FLORES, and MICHAEL BLANDEN LUNA**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 500 grams or more.

(**Unlawful Possession with Intent to Distribute 500 Grams or More of Cocaine and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii) and 18 United States Code, Section 2)

## COUNT TWO

On or about September 27, 2005, within the District of Columbia, **ALFREDO MEDINA, also known as Jose Alfred Soto, and MICHAEL BLANDEN LUNA**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which they may be prosecuted in a court of the United States, that is Count One of this Indictment which is incorporated herein, a firearm, that is, a Glock .357 caliber handgun.

> (**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense and Aiding and Aiding**, in violation of Title 18, United States Code, Sections 924(c)(1) and 2)

A TRUE BILL:


FOREPERSON.


Attorney of the United States in
and for the District of Columbia.