IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :

    v.                              :   CR Case No. 05-387

ALFREDO MEDINA                   :

    Defendant                    :

FILED
NOV 2 1 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## LINE

Please enter the appearance of Luiz R.S. Simmons, Esquire as Counsel for Defendant Alfredo Medina in the above-captioned matter. (Retained counsel)

Respectfully submitted,
Auerbach & Simmons

_____
Luiz R. S. Simmons, #06492
8613 Cedar Street
Silver Spring, MD 20910
(301) 589-8844
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Line was mailed first-class, postage prepaid, this 17th day of Nov., 2005, to Assistant U. S. Attorney Steve Wasserman, 555 4th Street, N.W., Room 4241, Washington, DC 20530.

_____
Luiz R. S. Simmons, #06492

LAW OFFICES
AUERBACH & SIMMONS
8613 CEDAR STREET • SILVER SPRING, MARYLAND 20910
(301) 589-8844    FAX (301) 589-7343

RECEIVED
NOV 21 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT