IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CR Case No. 05-387 |
| ALFREDO MEDINA | : | |
| Defendant | : | |

FILED
NOV 2 1 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### CERTIFICATE OF DISCOVERY

I HEREBY CERTIFY that on this 17th day of Nov., 2005, I served the Assistant U. S. Attorney Steve Wasserman, 555 4th Street, N.W., Room 424l, Washington, DC 20530, with Defendant's Request for Discovery and Motion to Produce Documents, and I will retain the originals in my possession without alteration until the case is concluded in this Court, the time for noting an appeal has expired and any appeal noted has been decided.

Respectfully submitted,
AUERBACH & SIMMONS

_____
Luiz R. S. Simmons, #06492
8613 Cedar Street
Silver Spring, Maryland 20910
(301) 589-8844
Counsel for the Defendant

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Line was mailed first-class, postage prepaid, this 17th day of Nov., 2005, to Assistant U. S. Attorney Steve Wasserman, 555 4th Street, N.W., room 424l, Washington, DC 20530.

_____
Luiz R. S. Simmons, #06492

LAW OFFICES
AUERBACH & SIMMONS
8613 CEDAR STREET • SILVER SPRING, MARYLAND 20910
(301) 589-8844    FAX (301) 589-7343

RECEIVED

NOV 21 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT