**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA        :

v.                              :        Case No. 05-387

ALFREDO MEDINA                  :

Defendant                       :

## MOTION TO SUPPRESS EVIDENCE
## OBTAINED BY SEARCH AND SEIZURE

COMES NOW the Defendant, Alfredo Medina, by his Attorney, Luiz R.S. Simmons, pursuant to Rule l2 (b) (3) of the Federal Rules of Criminal Procedure, moves to quash a search warrant, and to suppress as evidence the articles taken by means of such search and seizure and any evidence gained by means of such search. The grounds for this Motion are:

1. The warrant was illegally executed.

2. The warrant was insufficient on its face.

3. The affidavit upon which the warrant was issued contained false representations of fact.

4. The property seized was not sufficiently described by the warrant.

5. There was no probable cause for believing the existence of the grounds on which the warrant was issued.

6. And for such other and further reasons as may be assigned at the Hearing on this Motion.

7. That the trial on these causes on the merits will be lengthy and time-consuming involving the testimony of numerous witnesses and experts on both sides.

8. That the Court's holding on this Motion to quash the search warrant and suppress evidence may be dispositive of all of the above-captioned causes.

9. That it is in the interest of the Defendant as well as the state that this matter be specially set prior to the trial on the merits.

10. That the issuing Judge has already formulated an opinion as to whether or not the application for the warrant states probable cause on its face, and in order to insure absolute

objectivity in the consideration of these matters another Judge should be assigned to hear these Motions.

WHEREFORE your movant prays:

    1.    That the hearing on this Motion be specially set prior to the trial on the merits at a time when a Judge other than the issuing Judge is sitting.

    2.    That this Honorable Court quash the search warrant.

    3.    That this Honorable Court suppress any and all evidence obtained by means of such search warrant.

        Respectfully submitted,
        AUERBACH & SIMMONS

        _____
        Luiz R. S. Simmons, #06492
        8613 Cedar Street
        Silver Spring, Maryland  20910
        (301) 589-8844
        Counsel for the Defendant

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing Line was mailed first-class, postage prepaid, this ___ day of _____, 2005, to Assistant U. S. Attorney Steve Wasserman, 555 4th Street, N.W., Room 424l, Washington, DC 20530.

        _____
        Luiz R. S. Simmons, #06492