**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 05-387 |
| ALFREDO MEDINA | : |
| Defendant | : |

**MOTION TO SUPPRESS EVIDENCE
OBTAINED BY WARRANTLESS SEARCH AND SEIZURE**

Defendant, Alfredo Medina, by his Attorney, Luiz R. S. Simmons, pursuant to Rule l2 (b) (3) of the Federal Rules of Criminal Procedure, moves to suppress at the trial of the above-entitled case the following items of evidence for the following reasons:

1. Items of evidence:
    (a) Any physical or other tangible evidence procured from the Defendant, or others, by seizure or process.

2. Reasons:
    (a) The search was unconstitutional and illegal.
    (b) The seizure was unconstitutional and illegal.
    (c) The search and seizure was incident to an unlawful arrest and the fruits thereof should be excluded from evidence.
    (d) The Defendant did not consent to the search and seizure.
    (e) The search and seizure was conducted with an invalid search warrant.
    (f) The search and seizure was not conducted pursuant to a valid inventory.
    (g) And for such other and further reasons as will be set forth at the hearing on this Motion.

WHEREFORE, Defendant prays:

(a) That this Court schedule a hearing on this Motion forthwith.
(b) That this Court order the suppression of any physical or other tangible evidence procured from the Defendant, or others, by seizure or process.

  (c)  For such other and further relief as the nature of his case may require.

  Respectfully submitted,

  AUERBACH & SIMMONS


  _____
  Luiz R. S. Simmons, #06492
  8613 Cedar Street
  Silver Spring, Maryland  20910
  (301) 589-8844
  Counsel for the Defendant

## CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that a copy of the foregoing Line was mailed first-class, postage prepaid, this ___ day of _____, 2005, to Assistant U. S. Attorney Steve Wasserman, 555 4th Street, N.W., Room 424l, Washington, DC 20530.

  _____
  Luiz R. S. Simmons, #06492