IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Case No. 05-387 |
| ALFREDO MEDINA | : | |
| Defendant | : | |

**LINE**

The Defendant demands a speedy trial.

                                        Respectfully submitted,
                                        Auerbach & Simmons

                                        _____
                                        Luiz R. S. Simmons, #06492
                                        8613 Cedar Street
                                        Silver Spring, MD  20910
                                        (301) 589-8844
                                        Attorney for Defendant

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing Line was mailed first-class, postage prepaid, this ___ day of _____, 2005, to Assistant U. S. Attorney Steve Wasserman, 555 4th Street, N.W., Room 424l, Washington, DC 20530.

                                        _____
                                        Luiz R. S. Simmons, #06492