IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Case No. 05-387 |
| ALFREDO MEDINA | : | |
| Defendant | : | |

## DEMAND FOR TESTIMONY OF CHEMIST AND ANY PERSON IN THE CHAIN OF CUSTODY

Your Defendant hereby makes written demand to require the presence at the trial of this matter OF THE CHEMIST, ANALYST, OR ANY OTHER PERSON IN THE CHAIN OF CUSTODY AS A PROSECUTION WITNESS.

Respectfully submitted,

AUERBACH & SIMMONS

_____
Luiz R. S. Simmons, #06492
8613 Cedar Street
Silver Spring, MD 20910
(301) 589-8844
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was mailed first-class, postage prepaid, this ___ day of _____, 2005, to Assistant U. S. Attorney Steve Wasserman, 555 4th Street, N.W., Room 4241, Washington, DC 20530.

_____
Luiz R. S. Simmons, #06492