UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal No.: 05-387-01 (RWR |
| | | Judge Richard W. Roberts |
| ALFREDO MEDINA | : | |

**ORDER**

The Court having reviewed the Motion to Suppress of Defendant Alfredo Medina, the Government's opposition thereto as well as the statements and evidence received during the hearing on this Motion before this Court. It is on this _____ day of _____, 2006,

ORDERED that the Motion to Suppress to Oral and Written Statements is hereby granted, and it is further

ORDERED that all statements made by Defendant Medina prior to and after receiving the appropriate warnings against self-incrimination are inadmissible, and it is further

ORDERED that any evidence seized by the Government pursuant to information provided by Defendant Medina during his police interrogation is inadmissible.

_____
**RICHARD W. ROBERTS**
United States District Judge