UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    :

v.                          :    **Criminal No.: 05-387-01 (RWR)**
                                 **Judge Richard W. Roberts**

ALFREDO MEDINA             :

IN RESPONSE TO ORDER TO SHOW CAUSE

Comes now the Defendant, Alfredo Medina, by and through his Counsel and responds to the Order to Show Cause and represents as follows:

1. That the Defendant has filed an appropriate Motion to Suppress Oral and Written Statements by Defendant (document #21), replacing document #16.

2. That the Defendant has filed an appropriate Motion to Suppress Evidence Obtained by Search and Seizure, replacing document #14.

2. That the Defendant based upon examination of records has elected not to file an amended Motion to Suppress Evidence Obtained by Warrantless Search and Seizure (document #15).

                              Respectfully submitted,
                              Auerbach and Simmons

                              _____
                              Luiz R. S. Simmons, Esq.
                              8613 Cedar Street
                              Silver Spring, Maryland   20910
                              (301) 589-8844
                              Attorney for Defendant Medina

## CERTIFICATE OF SERIVCE

    I HEREBY CERTIFY that a copy of the foregoing Motion was delivered electronically to Mr. Steven B. Wasserman, Assistant U.S. Attorney, Narcotics Section, U.S. Attorney's Office for the District of Columbia, 555 Fourth Street, N.W. Washington, D.C., 20030 this 29th day of December, 2005 and upon all defense counsel of record.

                                                                                           _____
                                                                                           Luiz R. S. Simmons, Esq.