UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | **Criminal No.: 05-387-01 (RWR**<br>**Judge Richard W. Roberts** |
| ALFREDO MEDINA | : | |

## ORDER

The Court having reviewed the Motion to Suppress Evidence Obtained by Search and Seizure of Defendant Alfredo Medina, the Government's opposition thereto as well as the statements and evidence received during the hearing on this Motion before this Court.  It is on this _____ day of _____, 2006,

ORDERED that the Motion to Suppress to Evidence Obtained by Search and Seizure of Defendant Medina pursuant to a Search Warrant issued on September 28, 2005, is hereby granted, and it is further

ORDERED that any and all evidence collected by the Government pursuant to the Search and Seizure Warrant obtained on September 28, 2005 for the residence at 404 Kojun Court, Sterling Virginia, is inadmissible against Defendant Alfredo Medina.

_____
**RICHARD W. ROBERTS**
United States District Judge