# INCIDENT REPORT
## LOUDOUN COUNTY SHERIFFS OFFICE

**1-PAGE #:** 1/5
**2-ORI NUMBER:** VA 0530000
**3-CASE NUMBER:** 2005-015315
**4-DATE(S) OF INCIDENT:** 9-28-05
**6-REPORT TYPE:** ☒ Initial Report
**7-TIME(S) OF INCIDENT:** 19:14
**8-DAY(S) OF INCIDENT:** Wednesday
**12-REPORTING AREA:** 230
**17-TEMP:** 72° F
**INCIDENT STATUS:** ☒ (6) Closed
**15-EXCEPTIONAL CLEARANCE STATUS:** ☒ (N) Not Applicable
**18-WEATHER:** ☒ (1) Clear

**19-OFFENSE #:** 1/2
**20-UCR CODE:** 902/902
**21-OFFENSE STATUS:** ☒ (C) Completed
**22-OFFENDER USED:** ☒ (N) Not Applicable
**24-FORCED ENTRY?:** ☒ No

**25-OFFENSE NAME:** Search Warrant / Assist Other Jurisdiction
**26-ADDRESS OF OFFENSE:** 909 Kajun CT

**28-LOCATION CODE:** ☒ (20) Residence/Home
**29-WEAPON FORCE:** ☒ (99) None
**30-TYPE CRIMINAL ACTIVITY:** ☒ (D) Distributing/Selling
**31-TYPE SECURITY:** ☒ (O) None
**32-ENTRY/EXIT:** ☒ (16) Other N/A
**33-HOW LEFT SCENE:** ☒ (8) Other N/A

**34-WHICH OFFENDERS ARE RELATED TO THIS OFFENSE?:** ☒ #1
**35-BIAS MOTIVATED CRIME:** ☒ No

---

**36-VICTIM #:** 1
**37-NAME:** Society
**50-VICTIM TYPE:** ☒ (S) Society/Public
**51-VICTIM INJURY:** ☒ (N) None
**52-THIS VICTIM RELATED TO WHICH OFFENSES?:** ☒ #1 ☒ #2
**53-RELATIONSHIP OF THIS VICTIM TO OFFENDERS:** (ST) Stranger

---

**58-REPORT DATE:** 9-28-05
**59-DAY:** Wed
**60-TIME (Military):** 19:14
**61-REPORTING OFFICER:** Dpt. F. M. Pearson
**62-CODE #:** 268

LCSO 11A REV 7/98