# INCIDENT REPORT
## LOUDOUN COUNTY SHERIFFS OFFICE

INITIAL ☒   MODIFY ☐

| 71-PAGE # | 72-DATE | 73-CASE NUMBER | 74-ORI # ("B") | 75-REPORTING OFFICER | 76-CODE # | 77-OFFENSE |
|---|---|---|---|---|---|---|
| 2/5 | 9-28-05 | 2005-01515 | 053 | Inv. F.M. Pearson | 2168 | Search Warrant |

### OFFENDER/ARRESTEE

| 78-ARRESTEE # | 79-NAME Last, | First, | Middle | 80-AKA |
|---|---|---|---|---|
| | SOTO | JOSE | ALFREDO | MONTOYA, JOSE |

| 81-OFFENDER # | 82-RESIDENT ADDRESS Street | City | State | 83-Zip | 84-DATE OF BIRTH |
|---|---|---|---|---|---|
| 1 | 404 KOJUN CT | STERLING | VA | 20164 | 11/16/74 |

| 85-RESIDENT PHONE | 86-EMPLOYMENT/SCHOOL PHONE | 87-DRIVER'S LICENSE | 88-DR. LL STATE | 89-SSN |
|---|---|---|---|---|
| ( ) - | ( ) - | Unknown | VA | Unknown |

| 90-ARREST LOCATION | 91-OCCUPATION | 92-PLACE OF EMPLOYMENT | 93-ARREST TYPE |
|---|---|---|---|
| N/A | LABORER | SELF | ☐(O) On View Arrest ☐(S) Summons/Cited ☐(T) Taken into Cust. |

- 94-SEX: ☒(M) Male ☐(F) Female ☐(U) Unk.
- 95-ETHNIC: ☒(H) Hispanic ☐(N) Nonhisp. ☐(U) Unk
- 96-RACE: ☒(W) White ☐(B) Black ☐(I) American Indian ☐(A) Asian/Pacific Islander ☐(U) Unknown
- 98-RES. STATUS: ☒(R) Resident ☐(N) Nonres. ☐(U) Unknown
- 97-AGE: EXACT AGE 30   AGE RANGE: ___ to ___ ☐(90) Over 98 Yrs. Old ☐(00) Unknown
- 99-UCR ARR. CODE | 100-OFFENSE NAME: SEARCH WARRANT
- 103-MULT. ARREST INDIC: ☐(M) Multiple ☐(C) Count Arrestee ☐(N) N/A
- 104-DISPOSITION OF JUVENILE: ☐(H) Handled within Department ☐(R) Referred outside Department
- 101-ARREST DATE | 102-ARREST TRANSACT.
- 105-WEAPONS AT ARREST: (Max. 2) (Place "A" in blank if automatic)
  - ☐(10) Unarmed
  - ☐(11) Firearm
  - ☐(12) Handgun
  - ☐(13) Rifle
  - ☐(14) Shotgun
  - ☐(15) Other Firearm
  - ☐(16) Lethal Cutting Instr.
  - ☐(17) Club/BlackJack/Brass

106-TYPE ARREST ACTIVITY:
- ☐(B) Buying
- ☐(C) Cultivate/Manufacture/Publish
- ☒(D) Distributing/Selling
- ☐(E) Exploiting Children
- ☐(O) Operating/Promoting/Assisting
- ☐(P) Possessing/Concealing
- ☐(T) Transport/Transmit/Import
- ☐(U) Using/Consuming

107-AR. DRUG TYPE: (Max. 3)
- ☐(A) "Crack" Cocaine
- ☒(B) Cocaine
- ☐(C) Hashish
- ☐(D) Heroin
- ☐(E) Marijuana
- ☐(F) Morphine
- ☐(G) Opium
- ☐(H) Other Narcotics
- ☐(I) LSD
- ☐(J) PCP
- ☐(K) Other Hallucinogens
- ☐(L) Amphetamines/Methamphetamines
- ☐(M) Other Stimulants
- ☐(N) Barbituates
- ☐(O) Other Depressants
- ☐(P) Other Drugs
- ☐(U) Unknown Type Drug
- ☐(X) Over 3 Drug Types

### OFFENDER/ARRESTEE (second — blank)

| 108-ARRESTEE # | 109-NAME Last, | First, | Middle | 110-AKA |
|---|---|---|---|---|
| | | | | |

| 111-OFFENDER # | 112-RESIDENT ADDRESS Street | City | State | 113-Zip | 114-DATE OF BIRTH |
|---|---|---|---|---|---|
| | | | | | |

(remaining second-arrestee fields blank)

### SUBJECT DESCRIPTORS

152-Subject descriptors in 1ST (left-hand) blocks are for OFFENDER/ARRESTEE (circle one) SEQUENCE # 1
153-Subject descriptors in 2ND (right-hand) blocks are for OFFENDER/ARRESTEE (circle one) SEQUENCE # ___

- 154-HEIGHT: 1st: Ft. 6 In's 0   2nd: Ft. ___ In's ___
- 155-WEIGHT: 1st: lbs. 210   2nd: lbs. ___

156-R/L HANDED: -1
- ☐(1) Right
- ☐(2) Left
- ☐(3) Ambidex.
- ☒(4) Unknown

157-SPEECH: -2 (all unchecked; ☒(12) Unknown presumed)

158-TATTOO: -2 — ☒(9) Unknown

159-BUILD: -1
- ☐(1) Light
- ☐(2) Medium
- ☒(3) Heavy
- ☐(4) Muscular

160-UNIQUE ID: -3 — ☒(9) Unknown

161-TATTOO LOC.: -3 — ☒(13) Unknown

162-HAIR STYLE: -1
- ☐(01) Afro
- ☐(02) Wavey
- ☒(03) Straight
- ☐(04) Curly
- (others unchecked)

163-HAIR COLOR: -1 — ☒(1) Black

164-HAIR LENGTH: -2 — ☒(2) Medium

165-GLASSES: -1 — ☒(6) Unknown

166-COMPLEXION: -2 — ☒(2) Medium

167-DEMEANOR: -3 — ☒(12) Unknown

168-EYE COLOR: -1 — ☒(2) Brown

169-EYES: -1 — ☒(8) Unknown

170-FACIAL HAIR: -3 — ☒(12) Unknown

171-TEETH: -2 — (unknown)

172-SCARS/BTH MARKS: -3 — ☒(12) Unknown