# INCIDENT REPORT
## LOUDOUN COUNTY SHERIFFS OFFICE

INITIAL ☒    MODIFY ☐

| 173-PAGE # | 174-DATE | 175-CASE # | 176-REPORTING OFFICER | 177-CODE # | 178-OFFENSE |
|---|---|---|---|---|---|
| 3 5 | 9-28-05 | 2005-015315 | Inv. F.M. Pearson | 2168 | SEARCH WARRANT |

### VEHICLE

| 179-YEAR | 180-MAKE | 181-MODEL | 182-STYLE | 183-VIN | 184-LICENSE NUMBER | 185-STATE |
|---|---|---|---|---|---|---|
| | | | | | | |

| 186-OWNER'S NAME | 187-ADDRESS |
|---|---|
| | |

| 188-TOP/SOLID COLOR | 189-SECOND COLOR | 190-DISPOSITION OF RECOVERY: ☐(I) Impounded ☐(R) Rel. To Owner | 191-REC. TIME | 192-SUSP. VEHICLE? ☐Y ☐N | 193-TELETYPE NUMBER |
|---|---|---|---|---|---|
| | | | | | |

| 194-YEAR | 195-MAKE | 196-MODEL | 197-STYLE | 198-VIN | 199-LICENSE NUMBER | 200-STATE |
|---|---|---|---|---|---|---|
| | | | | | | |

| 201-OWNER'S NAME | 202-ADDRESS |
|---|---|
| | |

| 203-TOP/SOLID COLOR | 204-SECOND COLOR | 205-DISPOSITION OF RECOVERY: ☐(I) Impounded ☐(R) Rel. To Owner | 206-REC. TIME | 207-SUSP. VEHICLE? ☐Y ☐N | 208-TELETYPE NUMBER |
|---|---|---|---|---|---|
| | | | | | |

### PROPERTY

| 209-UCR CODE | 210-P. LOSS | 211-P. DES. | 212-QTY | 213-DESCRIPTION (Include serial number, size, color, etc.) | 214-OWNER | 215-ITEM VALUE | 216-RECOV. DATE |
|---|---|---|---|---|---|---|---|
| 902 | 5 | 77 | 1 | GLOCK .357 cal. SEMI-AUTO PISTOL MAGAZINE | 01 | $20.00 | 9-28-05 |
| 902 | 5 | 10 | 1 | CLEAR PLASTIC BAG W/ WHITE POWDER RESIDUE | 01 | $0.00 | 9-28-05 |
| 902 | 5 | 77 | 2 | PHOTO AND BILL FOR JOSE SOTO (INDICIA) | 01 | $0.00 | 9-28-05 |

| 217-TOTAL NUMBER VEHICLES STOLEN: | 218-TOTAL NUMBER RECOVERED: | 219-TOTAL VALUE LOSS: | 220-TOTAL VALUE RECOVERED: $20.00 |
|---|---|---|---|

### PROPERTY CODES

**210-TYPE PROPERTY LOSS:** (1) None (2) Burned (3) Counterfeited/Forged (4) Damaged/Destroyed/Vandalized (5) Recovered (6) Seized (7) Stolen, etc. (8) Unk.

**211-PROPERTY DESCRIPTION:**
- (01) Aircraft
- (02) Alcohol
- (03) Automobiles
- (04) Bicycles
- (05) Buses
- (06) Clothes/Furs
- (07) Computer Hardware/Software
- (08) Consumable Goods
- (09) Credit Cards/Debit Cards
- (10) Drugs/Narcotics
- (11) Drug/Narc. Equipment
- (12) Farm Equipment
- (13) Firearms
- (14) Gambling Equipment
- (15) Heavy Equipment-Construction/Industry
- (16) Household Goods
- (17) Jewelry/Precious Metals
- (18) Livestock
- (19) Merchandise
- (20) Money
- (21) Negotiable Instruments
- (22) Nonnegotiable Instruments
- (23) Office-Type Equipment
- (24) Other Motor Vehicles
- (25) Purses/Handbags/Wallets
- (26) Radios/TVs/VCRs
- (27) Recordings-Audio/Visual
- (28) Recreational Vehicles
- (29) Structures-Single Occupancy
- (30) Structures-Other Dwellings
- (31) Structures-Commercial/Business
- (32) Structures-Industrial/Manufacture
- (33) Structures-Public/Community
- (34) Structures-Storage
- (35) Structures-Other
- (36) Tools-Power/Hand
- (37) Trucks
- (38) Vehicle Parts/Accessories
- (39) Watercraft
- (77) Other
- (88) Pending Inventory (of Property)
- (99) Special Category

### DRUG INFO

| 222-DRUG TYPE | 223-WHOLE DRUG QUANTITY | 224-FRACTIONAL DRUG QUANTITY | 225-DRUG MEASUREMENT |
|---|---|---|---|
| | | | |
| | | | |

**222-DRUG TYPE:**
- (A) "Crack" Cocaine
- (B) Cocaine
- (C) Hashish
- (D) Heroin
- (E) Marijuana
- (F) Morphine
- (G) Opium
- (H) Other Narcotics
- (I) LSD
- (J) PCP
- (K) Other Hallucinogens
- (L) Amphetamines/Methamphetamines
- (M) Other Stimulants
- (N) Barbiturates
- (O) Other Depressants
- (P) Other Drugs
- (U) Unknown Type Drug
- (X) Over 3 Drug Types

**225-TYPE DRUG MEASUREMENT:**

WEIGHT
- (GM) Gram
- (KG) Kilogram
- (OZ) Ounce
- (LB) Pound

CAPACITY
- (ML) Milliliter
- (LT) Liter
- (FO) Fluid Ounce
- (GL) Gallon

UNITS
- (DU) Dosage Unit (Pills, etc.)
- (NP) Number of Plants