| INITIAL ☒ | MODIFY ☐ | CONFIDENTIAL SUPPLEMENT | | SUPPLEMENT ☐ | |
|---|---|---|---|---|---|
| 226 PAGE | 227 DATE 9/29/2005 | 228 CASE NUMBER 2005N-315 | 229 Reporting Officer Inv. F.M. Pearson | 230 Code # 2168 | 231 OFFENSE Search Warrant |
| 232 Investigator Assigned to Case Pearson, F. | 233 Code# 2168 | 234 Scene Processed By Bailie, J. | 235 Code # 9648 | 236 Prints Found? ☐ Yes ☒ No  237 Photographed? ☒ Yes ☐ No | 238 Evidence Obtained? ☒ Yes ☐ No |
| 243 NAME   Last,   First   Middle | | | 244 SEX ☐ (U) Unk ☐ (M) Male ☐ (F) Female | 245 DOB/AGE | 246 RACE ☐ (U) Unknown ☐ (W) White ☐ (B)Black ☐ (I) American Indian ☐ (A) Asian/Pacific Islander |
| 247 Resident Address: Street   City   State | | | 248 Zip | 249 Resident Phone | 250 Empl Phone |  |
| 251 NAME   Last,   First   Middle | | | 252 SEX ☐ (U) Unk ☐ (M) Male ☐ (F) Female | 253 DOB/AGE | 254 RACE ☐ (U) Unknown ☐ (W) White ☐ (B)Black ☐ (I) American Indian ☐ (A) Asian/Pacific Islander |
| 255 Resident Address   Street   City   State | | | 256 Zip | 257 Resident Phone | 258 Empl Phone | |
| NARRATIVE: | | OTHER - O | WITNESS - W | COMPLAINANT/REPORTING PERSON - RP | |

2005N-315

On September 28, 2005 I was contacted by Officer Allen with the Metropolitan Police Department Narcotics Unit. Officer Allen stated that on September 27, 2005 they had arrested Jose Alfredo Soto (O1) for possession of cocaine with the intent to distribute and possession of a firearm. Officer Allen said that Soto had arranged a deal for 1200 grams of powder cocaine. When they arrest all of the subjects involved along with Mr. Soto they located a Glock .357 caliber pistol with a laser sight. Mr. Soto had stated that he did not know how the pistol got in the car and did not know who it belonged to. When speaking with Officer Allen Mr. Soto had indicated that there could be a large quantity of powder cocaine still at his residence. Mr. Soto gave a home address of 404 Kojun Court in Sterling. Officer Allen was asking for our assistance in obtaining a search warrant for Mr. Soto's residence.

On September 28, 2005 I ran a CAD check on Mr. Soto. He also goes by the name of Jose Alfredo Sota-Montoya. The address in CAD was the same that Mr. Soto had given of 404 Kojun Court in Sterling. Mr. Soto had been arrested at this address on March 15, 2005 for Felony Assault & Battery. Officer Allen sent me an affidavit containing his statement of probable cause for the issuance of a search warrant. I completed the remainder of the search warrant paperwork.

On September 28, 2005 at approximately 17:25 hours I obtained a search warrant for the residence located at 404 Kojun Court in Sterling from Magistrate Howard.

On September 28, 2005 at approximately 19:14 hours I executed the search warrant for the residence located at 404 Kojun Court Sterling, Virginia 20164. The Loudoun County Sheriff's Office, Sheriff's Emergency Response Team (SERT), knocked, announced, and made entry into the residence and secured it along with all of the occupants therein. I executed a copy of the search warrant and it was left for the residents on the kitchen counter. It was explained to the grandmother of Mr. Soto who also resides there by a Detective who spoke Spanish from the DC Narcotics Unit.

A search was conducted of the residence and Investigator Bailie collected all of the evidence that was located in the residence. See his supplemental report for those items located.

On September 28, 2005 at approximately 21:00 hours Investigator Bailie relinquished custody of the items recovered to me. These items were all placed into the evidence locker located in my office and secured at approximately 21:06 hours.

| 239 Approving Supervisor | 240 Code # | 241 Date Approved | 242 Narrative Includes:   Information on Evidence Retrieved ☐ | Juvenile Info. ☐ | Witness Info. ☐  Additional Vehicle Info ☐ |
|---|---|---|---|---|---|