| INITIAL ☒ MODIFY ☐ | CONFIDENTIAL SUPPLEMENT | SUPPLEMENT ☐ |
|---|---|---|

| 226 PAGE: 2 | 227 DATE 9/29/2005 | 228 CASE NUMBER 200590015415 | 229 Reporting Officer Inv. F.M. Pearson | 230 Code # 2168 | 231 OFFENSE Search Warrant |
|---|---|---|---|---|---|
| 232 Investigator Assigned to Case Pearson, F. | 233 Code# 2168 | 234 Scene Processed By Bailie, J. | 235 Code # 9648 | 236 Prints Found? ☐ Yes ☒ No  237 Photographed? ☒ Yes ☐ No | 238 Evidence ☒ Yes Obtained? ☐ No |

| 243 NAME  Last,  First  Middle | 244 SEX ☐ (U) Unk ☐ (M) Male ☐ (F) Female | 245 DOB/AGE | 246 RACE ☐ (U) Unknown ☐ (W) White ☐ (B) Black ☐ (I) American Indian ☐ (A) Asian/Pacific Islander |
|---|---|---|---|
| 247 Resident Address: Street  City  State  248 Zip | 249 Resident Phone | 250 Empl Phone | |
| 251 NAME  Last,  First  Middle | 252 SEX ☐ (U) Unk ☐ (M) Male ☐ (F) Female | 253 DOB/AGE | 254 RACE ☐ (U) Unknown ☐ (W) White ☐ (B) Black ☐ (I) American Indian ☐ (A) Asian/Pacific Islander |
| 255 Resident Address  Street  City  State  256 Zip | 257 Resident Phone | 258 Empl Phone | |

NARRATIVE:       OTHER – O       WITNESS – W       COMPLAINANT/REPORTING PERSON – RP

On September 29, 2005 at approximately 13:00 hours I submitted the original completed inventory and return to the clerk's office in the Loudoun County Court House. It was filed and stamped time dated upon being turned over to them. The evidence was secured at the Administration Building for the Sheriff's Office along with a property card in the evidence lockers located there.

**Case Closed/Assisted Other Jurisdiction (Metropolitan Police Department).**

| 239 Approving Supervisor | 240 Code # | 241 Date Approved | 242 Narrative Includes: | Juvenile Info. ☐ | Witness Info. ☐ |
|---|---|---|---|---|---|
| | | | Information on Evidence Retrieved ☐ | | Additional Vehicle Info. ☐ |