Case 1:05-cr-00387-RWR   Document 23-9   Filed 12/29/2005   Page 1 of 1

PROPERTY TYPE

☒ GENERAL EVIDENCE   ☐ EVIDENCE   ☐ SAFEKEEPING   ☐ FOUND PROPERTY

CASE NO. 2005-015315

7-29-05

ADDRESS W/ZIP: 704 KOJUN CT. STERLING, VA 20164   PHONE: Unknown

☒ SUSPECT   ☐ VICTIM   ☐ FINDER

SOTO, JOSE ALFREDO

ADDRESS W/ZIP   PHONE

OWNER: Same   COURT DATE: PENDING   CHARGES: ☐ MISD  ☒ FEL

☒ HOLD AS EVIDENCE   ☐ DISPOSE   ☐ RELEASE TO   OFFICER ASSIGNED TO CASE: Same   BADGE NO.   TOT. CID ☐

OFFICERS NAME (PRINT): PEARSON, F.M.   BADGE NO. 2168   SIGNATURE

| ITEM NO. | QUANTITY | DESCRIPTION (MAKE, MODEL, SERIAL NO., ETC.) |
|---|---|---|
| 1 | 1 | GLOCK .357 CAL. SEMI-AUTOMATIC PISTOL MAGAZINE |
| 2 | 1 | CLEAR PLASTIC BAG CONTAINING WHITE POWDER RESIDUE |
| 3 | 2 | PHOTO AND BILL FOR JOSE SOTO AS INDICIA OF RESIDENCY |

PROPERTY SECTION USE ONLY   OK TO RELEASE PER   DATE   LOCATED   LAB NO.

ITEM(S) RECEIVED FROM   L.D. Brinlock #013   ON   9-30-05   AT   0705 HRS   BY   SIGNATURE

I certify that I am authorized to take possession, have received the cited item(s) and release the Loudoun County Sheriffs Office from any and all responsibility.

SIGNATURE   DATE   IDENTIFICATION #   TYPE

LOUDOUN COUNTY SHERIFFS PROPERTY RECORD