UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Criminal No.  05-387 (RWR) |
| v. : | |
| : | |
| **ALFREDO MEDINA,** : | |
| : | |
| a/k/a Jose Soto, : | |
| : | |
| **Defendant.** : | |

### ORDER

Upon consideration of the defendant's motion to suppress evidence obtained by search and seizure, and the government's opposition thereto, it is this

_____ day of _____, 2006, hereby

**ORDERED** that the defendant's motion to suppress evidence is DENIED.

_____
PAUL L. FRIEDMAN
United States District Judge

Copies to:
Steven B. Wasserman, AUSA
Luiz Simmons, Esq.