UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CRIMINAL NO. 05-387 (RWR) |
| | : | |
| v. | : | VIOLATIONS: |
| | : | |
| **ALFREDO MEDINA,** | : | 18 U.S.C. § 371 |
| | : | (Conspiracy to Commit an |
| also known as "Jose Soto," | : | Offense) |
| | : | |
| **Defendant.** | : | |

## CRIMINAL INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about September 27, 2005, within the District of Columbia, the defendant, **ALFREDO MEDINA, also known as "Jose Soto,"** and co-conspirators not charged herein, did unlawfully, knowingly and intentionally combine, conspire, confederate and agree together, with each other, with co-conspirators not charged herein, and with others known and unknown, to unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, in violation of Title 18, United States Code, Sections 371 and Title 21 United States Code Section 841.

<u>Overt Acts</u>

In furtherance of this conspiracy, the defendant and other co-conspirators, known and unknown, committed overt acts, including but not limited to the following:

1. On or about September 27, 2005, in the District of Columbia, **ALFREDO MEDINA, also known as "Jose Soto,"** made a telephone call to Adalberto Flores, a co-conspirator not charged herein, and instructed Flores to transport approximately two kilograms of cocaine to the Burger King parking lot located at xxxxxxxxxxxxxx, Washington, which cocaine was to be distributed to a confidential informant who was working at the direction of law enforcement.

   (**Conspiracy to Commit an Offense**, in violation of Title 18, United States Code, Section 371)

                                    KENNETH L. WAINSTEIN
                                    United States Attorney
                                    Bar No. 451-058

                                  STEVEN B. WASSERMAN
                                  Assistant United States Attorney
                                  Bar No. 453-251
                                  Federal Major Crimes Section
                                  555 4th Street, N.W.   Room #4241
                                  Washington, DC 20530
                                  (202) 307-0031