UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA            )
                                    )
            vs.                     )        Criminal No. _05-387 (RWR)_
                                    )
_ALFREDO   MEDINA_                   )        FILED
                                    )
                                    )        JAN 2 3 2006

### WAIVER OF TRIAL BY JURY

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

    With the consent of the United States Attorney and the
approval of the Court, the defendant waives his right to trial
by jury.

                        _____
                                Defendant

                        _____
                            Counsel for defendant

I consent:

_____
United States Attorney

Approved:

_____
        Judge

GOVERNMENT
EXHIBIT
2