AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

FOR THE DISTRICT OF COLUMBIA

**FILED**
JAN 2 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

ALFREDO MEDINA

WAIVER OF INDICTMENT

CASE NUMBER: 05-387 (RWR)

I, ALFREDO MEDINA, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 1/23/2006 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Alfredo Medina_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
Judicial Officer


GOVERNMENT EXHIBIT 1