## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **Criminal No.: 05-387-01 (RWR)** |
| | | **Judge Richard W. Roberts** |
| **ALFREDO MEDINA** | : | |

### CONSENT MOTION FOR CONTINUANCE

Comes now the Defendant, Alfredo Medina, by and through his Counsel, Luiz R. S. Simmons, Esq., and respectfully moves this Honorable Court to continue the sentencing hearing in the above-captioned matter, scheduled for April 3, 2006 and for good cause shows as follows:

1.      That this matter is set for a sentencing hearing on April 3, 2006.

2.      That Counsel for the Defendant, as a Member of the Maryland General Assembly, was appointed to a special investigative committee after the date for the sentencing hearing was set.

3.      That Counsel for the Defendant has been informed that the committee will be in session on April 3, 2006 for which is attendance is required.

4.      That Counsel for the Defendant respectfully requests that the sentencing hearing be rescheduled for May 19, 2006.

5.      That Counsel for the Defendant has received the consent of the United States Attorney's Office to reschedule the sentencing hearing for May 19, 2006.

6.      That Counsel for the Defendant represents that no prejudice will occur to either party by granting this request for a continuance of this matter.

WHEREFORE THE PREMISES CONSIDERED, the Defendant prays:

1.      That this Motion for Continuance be granted.

2.      That the sentencing hearing be continued to May 19, 2006.

3.      For such other and further relief as to the Honorable Court may seem just

        and proper.


                                        Respectfully submitted,
                                        Auerbach and Simmons


                                        _____
                                        Luiz R. S. Simmons, Esq.
                                        8613 Cedar Street
                                        Silver Spring, Maryland   20910
                                        (301) 589-8844
                                        Counsel for the Defendant

### CERTIFICATE OF SERVICE

        I HEREBY CERTIFY that a copy of the foregoing was mailed, first class, postage prepaid, this 8th  day of March, 2006 to Mr. Steven A. Wasserman, Esq., Assistant United States Attorney, 555 4th Street, N.W., Room 4241, Washington, D.C., 20530.


                                        _____
                                        Luiz R. S. Simmons, Esq.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**            :

**v.**                                  :       **Criminal No.: 05-387-01 (RWR**
                                                **Judge Richard W. Roberts**

**ALFREDO MEDINA**                      :

## ORDER

The Court having reviewed the Consent Motion for Continuance and any opposition

thereto.  It is on this _____ day of _____, 2006,

ORDERED that the Consent Motion for Continuance is hereby granted, and it is further

ORDERED that Sentencing Hearing originally scheduled for April 3, 2006 will be set for

May 19, 2006 at _____ a.m.


                                        _____
                                        **RICHARD W. ROBERTS**
                                        United States District Judge