UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAR 21 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

ALFRED0 MEDINA

Criminal No.: 05-387-01 (RWR
Judge Richard W. Roberts

### ORDER

The Court having reviewed the Consent Motion for Continuance and any opposition thereto It is on this 21 day of MARCH, 2006,

ORDERED that the Consent Motion for Continuance is hereby granted, and it is further

ORDERED that Sentencing Hearing originally scheduled for April 3, 2006 will be set for May 5, 2006 at 3:00 P.m.

RICHARD W. ROBERTS
United States District Judge