UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA       :

v.                             :       Criminal No.: 05-387-01 (RWR
                                       Judge Richard W. Roberts
ALFREDO MEDINA                 :

## AFFIDAVIT OF STEPHEN I. JACOBS

I Stephen I. Jacobs hereby declare and affirm under the penalties of perjury that the following matters are true and correct to the best of my knowledge, information and belief:

1. I am over the age of twenty-one years.

2. I am not a party to this action.

3. I am an associate in the law firm of Auerbach and Simmons.

4. That sometime after the plea hearing for Mr. Medina on January 23, 2006, I spoke with Mr. Wasserman by telephone regarding a debriefing session for Mr. Medina.

5. Based upon the conversations I had with Mr. Medina regarding a debriefing session, I informed Mr. Wasserman of the type of information Mr. Medina could provide regarding the supplier of the cocaine recovered on the night of Mr. Medina's arrest. Included in that information was the fact that Mr. Medina's cellphone had the phone number of his supplier stored in its memory.

6. Mr. Wasserman stated that he would discuss this matter with his police officers. On at least one other occasion I called Mr. Wasserman to determine if Mr. Medina would be debriefed. I was

LAW OFFICES
AUERBACH & SIMMONS
8613 CEDAR STREET • SILVER SPRING, MARYLAND 20910
(301) 589-8844    FAX (301) 589-7343

told that based upon his discussions a debrief would be of little value.

7. During a telephone conversation initiated by me, in mid to late February, 2006, Mr. Wasserman inquired if Mr. Medina would testify against Mr. Flores. This subject had not come up before and Mr. Wasserman stressed that he needed a prompt reply because of the need to disclose to Mr. Flores' counsel that Mr. Medina would testify. After visiting Mr. Medina at D. C Jail a day or two later, I called Mr. Wasserman during my return trip to the office to tell him that Mr. Medina had agreed to testify against Mr. Flores. It was my understanding that Mr. Medina did not testify against Mr. Flores because of a plea agreement.

_____
Stephen I. Jacobs

STATE OF MARYLAND

COUNTY OF

On this 2 day of May, 2006, before me, a Notary Public in and for the State and County aforesaid, personally appeared before me Stephen I. Jacobs, personally known or made known to me that he is Stephen I. Jacobs who executed the foregoing Affidavit and made oath in due form of law, under penalties of perjury, that the facts and statements contained in this Affidavit are based upon his personal knowledge and acknowledged to me that he freely and voluntarily executed the same for the purposes named therein.

WITNESS MY HAND AND SEAL

_Maria Chavez_

My Commission expires:

MARIA CHAVEZ
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires August 25, 2008

LAW OFFICES
AUERBACH & SIMMONS
8613 CEDAR STREET • SILVER SPRING, MARYLAND 20910
(301) 589-8844   FAX (301) 589-7343